

C. LANCE MARGOLIN, ESQ.    ALAN WEINREB, ESQ.    CYNTHIA A. NIERER, ESQ.

August 10, 2023

Via ECF
The Honorable Judge Nicholas G. Garaufis
United States District Court—E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Windward Bora LLC v. Jonathan Valencia, et al., Civil Action No. 19-cv-4147-NGG-RER

Dear Judge Garaufis,

    We represent Plaintiff Windward Bora LLC ("Plaintiff") in the above-referenced matter. Please accept this letter pursuant to Your Honor's July 28, 2023 Order directing Plaintiff to provide an update regarding the foreclosure sale.

    The foreclosure sale was conducted by the Referee on June 13, 2023 pursuant to the Notice of Sale [Docket No. 40]. The property was sold to a third-party bidder at the auction. However, the third-party bidder did not close on the purchase of the property within the 30-day period to do so pursuant to the Terms of Sale and has defaulted. Accordingly, unfortunately Plaintiff will be setting a new foreclosure sale date with the Referee to conduct another auction of the property pursuant to the Judgment of Foreclosure and Sale. We do not have that date yet, but when we do and the Notice of Sale is served, it will be filed on the docket.

    We thank the Court for its review of our submission.

                                      Respectfully,

                                      */s/ Alan H. Weinreb*
                                      Alan H. Weinreb, Esq.

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

165 EILEEN WAY, SUITE 101    SYOSSET, NEW YORK 11791    T. (516) 921-3838    F. (516) 921-3824    WWW.NYFCLAW.COM